**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Quinton D. RAINEY, a/k/a Q,**
**Defendant–Appellant.**

**No. 01–6879.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Quinton D. Rainey, pro se. Fernando Groene, Office of the United States Attorney, Norfolk, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Quinton Rainey appeals from the district court's orders denying his motions to re-

174

consider the denial of relief on his 28 U.S.C.A. § 2255 (West Supp.2001) motion. Our review of the record and the district court's opinions disclose no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Rainey,* No. CR–94–69 (E.D.Va. Apr. 19, 2001; May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*